# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OLIVIA MORA,<br><br>               Plaintiff,<br><br>  v.<br><br>BURN AND PLASTIC HAND CLINIC, et al.,<br><br>               Defendants. | CASE NO. C23-1008-JLR<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 10th day of July, 2023.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge