1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

| | |
|---|---|
| OLIVIA MORA, | CASE NO. C23-1008JLR |
| Plaintiff, | ORDER |
| v. | |
| BURN AND PLASTIC HAND CLINIC, et al., | |
| Defendants. | |

15

16

17

18

19

20

21

22

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

ORDER - 1

1    *Id.* Here, it appears that Plaintiff has failed to serve Defendants with a summons and a

2    copy of Plaintiff's complaint within the timeframe provided in Rule 4(m). (*See generally*

3    Dkt.; *see also* Certificate of Service (Dkt. # 8) (containing only a receipt and no proof of

4    service).)

5         Accordingly, the court ORDERS Plaintiff to SHOW CAUSE by **October 27,**

6    **2023**, why this action should not be dismissed for failure to comply with Rule 4(m).

7    Alternatively, Plaintiff may respond, by **October 27, 2023**, with proof that Defendants

8    have in fact been served or has agreed to waive service. If Plaintiff does not demonstrate

9    good cause for the failure to comply with Rule 4(m), the court will dismiss the action

10    without prejudice. The Clerk is DIRECTED to provide a copy of this order to Plaintiff.

11         Dated this 16th day of October.

12

13    JAMES L. ROBART
     United States District Judge

14

15

16

17

18

19

20

21

22

ORDER - 2