1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| OLIVIA MORA, | CASE NO. C23-1008JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| BURN AND PLASTIC HAND CLINIC, et al., | |
| Defendants. | |

On June 14, 2024, *pro se* Plaintiff Olivia Mora filed a motion for appointment of counsel.  (Mot. (Dkt. # 21).)  This matter, however, is currently pending on appeal.  (*See* Judgment (Dkt. # 15); NOA (Dkt. # 16) (Ms. Mora's untimely notice of appeal and motion to extend time to file the same); 1/12/24 CA9 Order (Dkt. # 17) at 1 (appeal docketing notice); 3/1/24 CA9 Order (Dkt. # 18) at 1 (remanding to this court for the limited purpose of ruling on Ms. Mora's pending motion for an extension of time); 3/4/24 Order (Dkt. # 20) at 4 (granting the motion to extend time).)  *See generally Mora v. Burn*

ORDER - 1

& *Plastic Hand Clinic et al.*, No. 24-0210 (9th Cir.) (appeal docket). "Once a notice of appeal is filed, the district court is divested of jurisdiction over the matters being appealed." *Nat. Res. Def. Council, Inc. v. Sw. Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001). There are no issues pending in this court aside from the instant motion for counsel, which would be better directed toward the Ninth Circuit Court of Appeals. The court therefore DENIES Ms. Mora's motion for appointment of counsel without prejudice to filing the motion before the Ninth Circuit.

Dated this 25th day of June, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2